SEALED

# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

**v.**

**LLOYD WHITIKER**

## CRIMINAL COMPLAINT

CASE NUMBER: 1:18-mj-0355

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count 1: On or about May 22, 2017, in Marion County, and elsewhere in the Southern District of Indiana, Lloyd Whitiker committed Bank Fraud, in violation of Title 18, United States Code, Section 1344.

Count: 2: On or about June 16, 2017, in Marion County, and elsewhere in the Southern District of Indiana, Lloyd Whitiker committed Bank Fraud, in violation of Title 18, United States Code, Section 1344.

Count 3: On or about June 8, 2017, in Marion County, and elsewhere in the Southern District of Indiana, Lloyd Whitiker committed Bank Fraud, in violation of Title 18, United States Code, Section 1344.

I further state that I am a Special Agent, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

**Continued on the attached sheet and made a part hereof.**

Special Agent David Stefanich
United States Secret Service

**Sworn to before me, and subscribed in my presence**

April 12, 2018 at Indianapolis, Indiana
**Date**

Mark J. Dinsmore, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

**AFFIDAVIT**

Comes now Special Agent David A. Stefanich, of the United States Secret Service (hereinafter "U.S. Secret Service") and first being duly sworn now deposes and says:

1. I have been employed with the U.S. Secret Service since September of 2002. As a Special Agent with the agency, I have received training in the enforcement of laws of the United States including the preparation, and service of criminal complaints, arrests, seizure and search warrants. I am further responsible for enforcement of federal laws pertaining to financial crimes and counterfeiting investigations. I have participated in numerous investigations while employed with this agency and with my previous position as a detective with the Vanderburgh County Sheriff's Department in Evansville Indiana, many of which related to financial crimes and theft. I have twenty-four years of law enforcement experience. I received a Bachelor of Science Degree in Business Administration from the University of Southern Indiana and also received a Master's of Science in Criminal Justice from Indiana State University. I am currently assigned to the Indianapolis Field Office, Office of Investigations, where my duties include investigations of Identity Theft, False Identification, Fictitious Financial Instruments, (including Counterfeit Currency) Money Laundering, Bank Fraud, Wire Fraud and Access Device Fraud.

2. As a member of the Indianapolis Secret Service Field Office, I am conducting an investigation of Lloyd S. Whitiker Jr. (B/M - XX/XX/1983) black hair

and brown eyes, and a SSN of XXX-XX-0986 (redacted but known to affiant, and hereinafter "WHITIKER").

## RELEVANT STATUTES

3. I am investigating WHITIKER's involvement in Bank Fraud, Wire Fraud and Aggravated Identity Theft. As set forth in more detail below, WHITIKER used Victim 1's stolen personal identifying information ("PII") without his consent to apply for loans to purchase three vehicles via the Internet. These crimes were in violation of Title 18, United States Code, Sections 1344, 1343, and 1028A.

4. I further state that I am a Special Agent and that this complaint is based on the following facts either known to me personally or reported to me as explained herein. I have not included each and every fact known or provided by other investigations or other local or state or federal law enforcement agencies that participated in this investigation concerning the events described herein.

## WHITIKER Uses Victim 1's Stolen PII to Purchase Three Vehicles

5. On July 5, 2017, Scott Jeffares, owner of Indy Luxury Motorsports located at 7220 E. 90th St. Indianapolis, IN, (317) 598-XXXX ("Indy Luxury Motorsports"), contacted the Indianapolis Metropolitan Police Department ("IMPD") to report a stolen vehicle. Officers made a report under IMPD case number PD17074254.

6. According to Jeffares, an individual identifying himself as Victim 1 (773)

517-XXXX, (redacted) 3903@yahoo.com, 4320 S. Michigan Avenue, Chicago, IL (later identified as WHITIKER), inquired about purchasing a 2015 Black Jeep Grand Cherokee SRT-8 (last four of VIN 3404) from Indy Luxury Motorsports. Jeffares agreed to allow WHITIKER (who was using Victim 1's PII) to purchase the vehicle for $50,509.59, with the final amount after financing totaling $56,826.60.

7. According to Jeffares, the vehicle was financed through West End Bank, 34 South 7th Street Richmond, IN 47374 ("West End Bank"). Jeffares also reported that on May 20, 2017, WHITIKER, using Victim 1's PII, provided a credit card number by phone to make a down payment of $1,000.00. The Visa card was purported to be in Victim 1's name and contained the last four digits 7224.

8. On or about May 22, 2017, West End Bank approved the loan application for the Black Jeep Cherokee submitted by WHITIKER using Victim 1's stolen PII.

9. According to Jeffares, on May 22, 2017, an employee of Indy Luxury Motorsports, Alex Barbeau, transported the 2015 Black Jeep Grand Cherokee SRT-8 to WHITIKER at his address at 4320 S. Michigan Avenue, Chicago, Illinois ("WHITIKER's Residence). Barbeau stated he met the individual who identified himself as Victim 1 (later identified as set forth below as WHITIKER) at WHITIKER's Residence, and described WHITIKER as a black male. According to Barbeau, WHITIKER provided proof of his identification by tendering an Illinois Identification Card in Victim 1's name, ID number P520-

0617-XXXX, as well as a credit card in the name of Victim 1 to Barbeau. WHITIKER signed the sales and financing documents from West End using Victim 1's name in Barbeau's presence, and Barbeau gave WHITIKER the vehicle.

10. Detective Glen Schmidt, of the IMPD Organized Crime Unit was assigned to investigate the case.

11. During the course of investigation, J.R. White, Sales Manager for Tom Wood Toyota, 4202 Lafayette Road, Indianapolis, IN (317) 297-XXXX ("Tom Wood Toyota"), contacted Det. Schmidt regarding a vehicle he sold and financed to a person using Victim 1's name from Chicago, Illinois. According to Det. Schmidt, the individual identifying himself as Victim 1 (and later identified as set forth below as WHITIKER) used all of the same information to purchase the 2017 Toyota Sienna XLE (last four of VIN 3710) from Tom Wood Toyota on June 15, 2017, that was used to purchase the Jeep Grand Cherokee from Indy Luxury Motorsports.

12. According to White, on May 30, 2017, at approximately 3:22 p.m., Tom Wood Toyota received an online credit application to purchase a vehicle from an individual identifying himself as Victim 1 (WHITIKER). WHITIKER's credit application stated that he intended to purchase a 2017 Toyota Sienna XLE Premium AWD.

13. According to White, WHITIKER told Tom Wood Toyota that his home address was the WHITIKER Residence. He further claimed that his phone number was (773) 517-XXXX, and his E-mail address was (redacted)

3903@yahoo.com. He provided Victim 1's Illinois ID number P520-0617-XXXX. Additionally, WHITIKER provided the true PII (DOB and SSN) for Victim 1. Mr. White made a police report under IMPD case number PD17075483.

14.     At that time, Tom Wood Sales Associate Scott Sumner contacted WHITIKER believing him to be Victim 1. WHITIKER told Sumner that he wished to obtain financing through the dealership. Sumner then contacted White to submit the loan information to Huntington National Bank, 2361 Morse Road Columbus, OH 43229 ("Huntington National Bank").

15.     On or about June 8, 2017, Huntington National Bank approved the loan application for the Toyota Sienna submitted by WHITIKER using Victim 1's stolen PII. WHITIKER asked Tom Wood to install tinted windows and a remote starter.

16.     According to Sumner, he arranged to meet WHITIKER on June 16, 2017, in Merrillville, IN to deliver the Toyota Sienna and to sign the paperwork. On June 15, 2017, Finance Manager Stephen Adams provided Sumner with the financial and loan paperwork from Huntington Bank so that Sumner could deliver the vehicle to WHITIKER.

17.     On June 16, 2017, Sumner drove the 2017 Toyota Sienna XLE Premium AWD to Merrillville, IN. Co-worker Matthew Ervin followed Sumner in a separate vehicle. While in route to Merrillville, IN, WHITIKER (still identifying himself as Victim 1) contacted Sumner via cellular phone. According to Sumner, WHITIKER asked Sumner to deliver the Toyota to the WHITIKER Residence

because his wife was pregnant, and due to her condition, he did not want to travel far from their home. WHITIKER gave Sumner the WHITIKER Residence address, and Sumner agreed to deliver the vehicle at that location.

18. Sumner and Ervin arrived at the WHITIKER Residence and met with WHITIKER who identified himself as Victim 1. According to Sumner and Ervin, WHITIKER provided identifying documentation in Victim 1's name. During the transaction, Sumner provided the Huntington Bank financial paperwork and WHITIKER signed it using Victim 1's name.

19. Sumner tendered the White 2017 Toyota Sienna XLE Premium AWD VIN: 5TDDZ3DC7HS153710, Indiana Temporary Registration: J0632203 expiring 07/31/2017 to WHITIKER.

20. The Toyota Sienna was purchased for, and financed in the amount of $47,470.41, with the final amount after financing (at maturity) totaling $52,942.20. The Toyota Sienna was financed through Huntington National Bank.

21. After speaking with Jeffares (Indy Luxury Motorsports) and White (Tom Wood Toyota) it was further discovered that on June 8, 2017, a third vehicle had been purchased by an individual using Victim 1's name from Professional Auto Sales and Service, 4202 W. Washington Center Road, Ft. Wayne, IN 46818, (260) 489-XXXX ("Professional Auto Sales").

22. According to Det. Schmidt, he contacted Professional Auto Sales and spoke with the owner, Abe Alawadi. According to Alawadi, an individual identifying himself as Victim 1 (later identified as WHITIKER), inquired about

purchasing a 2014 Chevrolet Corvette (last four of VIN 4870) from his dealership. During the conversation, WHITIKER provided a telephone number of (773) 517-XXXX and claimed to live at the WHITIKER Residence.

23. After communicating with WHITIKER via telephone and FaceTime, Alawadi agreed to sell the 2014 Chevrolet Corvette to WHITIKER. During the FaceTime conversation, Alawadi took screen shots of WHITIKER who claimed to be Victim 1.

24. According to Alawadi, WHITIKER provided two credit card numbers to Professional Auto Sales over the phone in order to make two $1,000 down payments.

25. I have reviewed the records associated with the down payments. The first payment was made on June 6, 2017 at 11:22: a.m. from a MasterCard was purported to be in Victim 1's name ending in 5410. The second credit card payment was made on June 8, 2017 from an American Express card was purported to be in Victim 1's name ending in 6915.

26. On June 8, 2017, Iva Nicholas delivered the 2014 Chevrolet Corvette to WHITIKER at the WHITIKER Residence. Upon arrival, Nicholas met with WHITIKER who claimed to be Victim 1. WHITIKER provided Victim 1's PII to Nicholas.

27. During the transaction, Nicholas provided the financial paperwork from Horizon Bank N.A. 502 Franklin Square Michigan City, IN 46360, and WHITIKER signed it in Victim 1's name.

28. The 2014 Chevrolet Corvette was purchased for, and financed in the amount of $54,379.65 with the final amount after financing (at maturity) totaling $60,240.40, financed through Horizon Bank N.A. 502 Franklin Square Michigan City, IN 46360.

**<u>Identification of WHITIKER and WHITIKER's Theft of Victim 1's PII</u>**

29. According to Alawadi, WHITIKER's name appeared on the caller ID during his phone calls with the customer who purported to be Victim1.

30. Detective Schmidt was able to obtain a recent booking photo of Lloyd S. Whitiker Jr. (B/M - XX/XX/1983) from the Chicago Police Department associated with WHITIKER's on or about January 16, 2017.

31. Det. Schmidt compared WHITIKER's booking photograph to screen shots that Alawadi took of his FaceTime conversation with the man identifying himself and Victim 1 to whom he tendered the Corvette and they were the same individual.

32. On August 31, 2017, Det. Schmidt showed Barbeau (Indy Luxury Motorsports) a six-person photo array which contained the recent booking photo of WHITIKER along with five other similar looking individuals. Barbeau immediately identified WHITIKER as being the individual who identified himself as Victim 1 and to whom he delivered the 2015 Black Jeep Grand Cherokee SRT-8 at the WHITIKER Residence.

33. On August 31, 2017, Det. Schmidt showed Ervin (Tom Wood Toyota) a six-person photo array which contained the recent booking photo of

WHITIKER along with five other similar looking individuals. Ervin immediately identified WHITIKER as being the individual who identified himself as Victim 1 to whom he and Sumner delivered the 2017 Toyota Sienna XLE at the WHITIKER Residence.

34. On August 31, 2017, Det. Schmidt contacted Nicholas (ILE Logistics) who delivered the 2014 Chevrolet Corvette for Professional Auto Sales and Service to the WHITIKER Residence. Det. Schmidt emailed the six-person photo array which contained the recent booking photo of WHITIKER along with five other similar looking individuals to Nicholas. Mr. Nicholas verbally identified WHITIKER as the individual who identified himself as Victim 1 to whom he delivered the 2014 Chevrolet Corvette at the WHITIKER Residence.

35. On July 6, 2017, identity theft victim, Victim 1, 230 Spring Avenue, Naperville, IL 60540, (630) 639-XXXX, reported to the Naperville Police Department (Case Number 2017-007426) that his PII had been stolen. Victim 1 advised that on July 4, 2017, he received notification from his credit monitoring service, Mint.com that several inquiries had been made regarding his credit. He also advised that he learned that an account had been opened at West End Bank in Richmond, IN for a vehicle loan for the purchase of a vehicle at Luxury Motor Sports in Indianapolis, IN. Victim 1 advised that he did not apply for that loan nor authorize anyone to use his information to open the account.

36. On July 5, 2017, Victim 1 called West End Bank and spoke to Jeff Jenkins, (765) 994-XXXX. Jenkins verified the car loan in Victim 1's name had

been opened for the purchase of a 2015 Grand Cherokee from Luxury Motor Sports in Indianapolis, IN. Mr. Victim 1 advised while speaking with Jenkins, he completed a three-way call with Luxury Motor Sports who verified the sale and advised they were still in possession of the title.

37. Victim 1 also spoke with Jeffares (Luxury Motor Sports). Jeffares provided Victim 1 with a photocopy of the ID that WHITIKER presented to the dealership to buy the vehicle. Jeffares also stated that the vehicle purchased was delivered to WHITIKER's Residence by one of the dealerships employees. The identification WHITIKER provided to the dealership (Illinois Driver's License) was of an unknown, unidentified black male, and included WHITIKER's address and Victim 1's name and DOB.

38. According to Victim 1, he observed a potential second auto loan on his credit report from Huntington National Bank in Columbus, OH that was opened in June, 2017. Victim 1 additionally provided a copy of his credit report from Transunion. Under the "Special Messages" section, an alert was placed on the account requesting the service to contact (773) 517-XXXX (WHITIKER's Cell Phone number) if "any attempt to open or modify the account" was made. This number is not associated with Victim 1.

39. According to Victim 1, he did not authorize WHITIKER to use his PII or to purchase the Jeep Grand Cherokee, the Toyota Sienna, or the Corvette in Victim 1's name. According to Victim 1, he did not provide his PII to WHITIKER.

40. On or about July 18, 2017, the 2015 Black Jeep Grand Cherokee SRT-8 from Indy Luxury Motorsports and the 2014 Chevrolet Corvette from Professional Auto Sales and Service were recovered by the Chicago Police Department in Chicago, Illinois, and returned to the dealerships in Indiana.

41. The 2014 Chevrolet Corvette sustained an estimated $8235.50 in damage and additional loan payoff fees while the vehicle was stolen. The 2017 Toyota Sienna XLE Premium AWD from Tom Wood Toyota has not been recovered at this time.

42. According to LexisNexis Law Enforcement database, the address 4320 S. Michigan Avenue, Chicago, IL 60653 and T-MOBILE-USA, mobile phone number 773-517-XXXX are both associated with Lloyd S. Whitiker.

43. Based on the above information, I believe there is probable cause to arrest WHITIKER for violations of Bank Fraud, under 18 U.S.C. § 1344.

Respectfully submitted,

David A. Stefanich
Special Agent
United States Secret Service

Subscribed and sworn to before me on April 12, 2018.

Mark J. Dinsmore
United States Magistrate Judge